IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**BOOKER T. DAVIS, SR.,**
as personal representative of the
Estate of **BOOKER T. DAVIS, JR.,**
deceased,                                                                                              PLAINTIFF

v.                          Case No. 4:15-cv-413 KGB

**DAVID GREEN, NURA AUSTIN,**
**ROY WILLIAMS, KELLY LEPORE,**
**CHRIST ALSBROOK, JAMES WHEELER,**
**STUART THOMAS, individually and**
**in his official capacity, and THE CITY**
**OF LITTLE ROCK**                                                                          DEFENDANTS

## ORDER

Plaintiff Booker T. Davis, Sr., as personal representative of the estate of Booker T. Davis Jr., filed a notice of voluntary dismissal without prejudice (Dkt. No. 2). Mr. Davis has filed his notice of voluntary dismissal prior to any defendant filing an answer or responsive pleading; therefore, Mr. Davis may dismiss this action without a court order. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, this action is dismissed without prejudice.

SO ORDERED this 16th day of July, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE